Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff
Cleveland Vickers

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND VICKERS, | No. 2:16-cv-00231-MCE-EFB |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| MICHAEL P. GARTON, et al., | |
| Defendants. | |

Pursuant to the parties' stipulation, it is hereby ordered that this action be dismissed with prejudice as to Defendants Michael P. Garton; Beverly J. Garton; Randolph D. Farrell, Trustee of the Randolph D. Farrell and Susan E. Farrell Revocable Trust dated December 12, 2012; Susan E. Farrell, Trustee of the Randolph D. Farrell and Susan E. Farrell Revocable Trust dated December 12, 2012; and Ed Pyo dba Tina Beauty Supply. Each party shall bear its own attorney's fees and costs.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  June 17, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE